UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

CASE NO. 8-01-CR-00566-DKC-1

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| Plaintiff, | : |
| v. | : |
| JOSEPHINE VIRGINIA GRAY, | : |
| Defendant. | : |

**NOTICE OF WITHDRAWING**

Please take notice that undersigned counsel withdraws the Motion for Compassionate Release Resentencing (DE 131).

Respectfully submitted,

**LAW OFFICES OF PAUL D. PETRUZZI, P.A.**
8101 Biscayne Blvd.
PH 701
Miami, FL 33138
Phone: (305) 373-6773
Fax: (305) 373-3832
E-mail: petruzzi-law@msn.com

By: s/ PAUL D. PETRUZZI
**PAUL D. PETRUZZI, ESQ.**
Florida Bar No. 982059

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on October 15, 2021, a true and correct copy of the foregoing was furnished via email to all counsel of record.

                By:    s/ PAUL D. PETRUZZI
                        **PAUL D. PETRUZZI, ESQ.**
                        Florida Bar No. 982059